UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES OF THE NATIONAL RETIREMENT FUND,<br><br>　　　　　　　　　Plaintiffs,<br><br>against<br><br>INTEGRATED MANUFACTURING AND ASSEMBLY, LLC,<br>　　　　　　　　　Defendant. | 19-cv-07838 (KMK)(PED)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs in the above-captioned action, by their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendant Integrated Manufacturing and Assembly, LLC and with each party to bear their own costs and fees.

Dated: September 11, 2019
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　**TRUSTEES OF THE NATIONAL**
　　　　　　　　　　　　　　　　　　**RETIREMENT FUND, Plaintiffs**

　　　　　　　　　　　　　　　　　　By: _/s/ Jennifer Oh_
　　　　　　　　　　　　　　　　　　　　Jennifer Oh

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*

　　　　　　　　　　　　　　　　　　Alicare, Inc. – Fund Administrator
　　　　　　　　　　　　　　　　　　333 Westchester Avenue
　　　　　　　　　　　　　　　　　　North Building – First Floor
　　　　　　　　　　　　　　　　　　White Plains, New York 10604
　　　　　　　　　　　　　　　　　　Telephone: (914) 367-5243
　　　　　　　　　　　　　　　　　　Facsimile: (914) 367-2243
　　　　　　　　　　　　　　　　　　Email: joh@alicare.com

**SO ORDERED:**

_____
Honorable Kenneth M. Karas, U.S.D.J.